## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:20-CV-21062-CMA

Plaintiff:
**DOUG LONGHINI**

vs.

Defendant:
**HESS RETAIL STORES, LLC AND SPEEDWAY, LLC.**

For:
Anthony J. Perez, Esq.
GARCIA-MENOCAL & PEREZ, P.L
4937 SW 74TH COURT
SUITE 3
MIAMI, FL 33155

Received by Lindsay Legal Services, Inc on the 10th day of March, 2020 at 4:56 pm to be served on **SPEEDWAY, LLC. C/O CT CORPORATION SYSTEM, ITS REGISTERED AGENT, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**

I, FRANCISCO COLON, do hereby affirm that on the **11th day of March, 2020** at **12:30 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **SUPERVISOR OF PROCESS** for **SPEEDWAY, LLC. C/O CT CORPORATION SYSTEM, ITS REGISTERED AGENT** at the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

*[signature]*

**FRANCISCO COLON**
#593

**Lindsay Legal Services, Inc**
**7105 SW 8th Street**
**Suite 307**
**Miami, FL 33144**
**(305) 273-0317**

Our Job Serial Number: RLA-2020000779

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g