UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-21062-CMA

DOUG LONGHINI,

    Plaintiff,

vs.

HESS RETAIL STORES LLC and SPEEDWAY LLC,

    Defendants.

_____

## **DEFENDANT SPEEDWAY LLC'S CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure this Court's Order Requiring Scheduling Report and Certificates of Interested Parties [ECF No. 6], Defendant Speedway LLC hereby discloses that it is wholly owned by MPC Investment LLC. MPC Investment LLC is wholly owned by Marathon Petroleum Corporation, which is publicly traded on the NYSE under ticker symbol MPC.

    Speedway further states that the following persons, associated persons, firms, partnerships, or corporations may have a financial interest in the outcome of this case:

1. Boos, Eric – *Counsel for Defendants*
2. Garcia-Menocal & Perez, P.L. – *Counsel for Plaintiff*
3. Hess Retail Stores LLC- *Defendant*
4. Longhini, Doug – *Plaintiff*
5. MPC Investment LLC – *Parent company (100% owner) of Defendant Speedway LLC*
6. Marathon Petroleum Corporation – *Sole member of MPC Investment LLC*

7.  Perez, Anthony – *Counsel for Plaintiff*

8.  Rogers, Daniel – *Counsel for Defendants*

9.  Shook, Hardy & Bacon LLP – *Counsel for Defendants*

10. Speedway LLC – *Defendant*

11. Virues, Beverly – *Counsel for Plaintiff*

Dated: April 1, 2020

Respectfully submitted,

 /s/ Eric S. Boos
Daniel B. Rogers
Florida Bar No. 195634
drogers@shb.com
Eric S. Boos
Florida Bar No. 0107673
eboos@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305.358.5171

*Attorneys for Defendants Speedway LLC and Hess Retail Stores LLC*